| PROB 22 (Rev. 01/24) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 4:20CR00317-1 SEP |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00257-RFB-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Gregory Simms Las Vegas, Nevada 89122 | DISTRICT Eastern District of Missouri | DIVISION Eastern Division St. Louis, MO |
|---|---|---|
| ✓ FILED    RECEIVED <br> ENTERED    SERVED ON <br> AUG 25 2025 <br> CLERK, U.S. DISTRICT COURT <br> DISTRICT OF NEVADA <br> BY: AMMi DEPUTY | NAME OF SENTENCING JUDGE <br> The Honorable Ronnie L. White, United States District Judge. On August 13, 2025, case reassigned to the Honorable Sarah E. Pitlyk, United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/21/2024    TO 2/20/2028 |

OFFENSE

Possession With Intent to Distribute Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Simms is currently residing in Nevada where he is being supervised by the District of Nevada U.S. Probation Office. As Mr. Simms has no intention of returning to the Eastern District of Missouri, the District of Nevada is respectfully requesting that Mr. Simms' case be transferred to their district for continued supervision.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

  August 14, 2025                                        *[signature]*
     Date                                                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

  8/27/2025                                            *[signature]*
    *Effective* Date                                         United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Gregory Stephen Simms
Case No.:  TO BE DETERMINED

**REQUESTING ACCEPTANCE OF JURISDICTION**

August 25, 2025

TO:   United States District Judge

On June 16, 2021, Simms was sentenced in the Eastern District of Missouri by the Honorable Judge Ronnie L. White to a term of 60 months imprisonment followed by four (4) years of supervised release for committing the offense of Possession with Intent to Distribute Methamphetamine. On February 21, 2024, Simms commenced his supervised release term in the District of Nevada.

Simms has no intention of returning to the Eastern District of Missouri. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by the signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7295.

Respectfully submitted,

Digitally signed by
Victoria Willard
Date: 2025.08.25
11:59:49 -07'00'

Victoria Willard
Probation Officer Assistant

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2025.08.25
11:01:24 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer